UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA SIHUIL-PEREZ DE PEREZ,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | No. 1:25-cv-01540-DAD-CSK<br><br>ORDER GRANTING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION IN PART<br><br>(Doc. No. 3) |

This matter is before the court on petitioner's motion for preliminary injunction.[1] (Doc. No. 3.) On January 8, 2026, respondents filed an opposition to petitioner's motion for preliminary injunction. (Doc. No. 17.) In that opposition, respondents state they oppose "for the same reasons" stated in their prior opposition (Doc. No. 11) to petitioner's motion for temporary restraining order. (Doc. No. 17 at 1.) "In general, temporary restraining orders are governed by the same standard applicable to preliminary injunctions." *Immigrant Legal Res. Ctr. v. City of*

---

[1] On November 21, 2025, the parties filed a stipulation in which petitioner requested that the court convert her motion for temporary restraining order (Doc. No. 3) into a motion for preliminary injunction. (Doc. No. 13.) On November 24, 2025, the court set a briefing schedule on petitioner's motion for preliminary injunction and referred to petitioner's motion for temporary restraining order (Doc. No. 3) as that motion. (Doc. No. 15.) For the sake of completeness, the court hereby CONVERTS petitioner's motion for temporary restraining order (Doc No. 3) to a motion for preliminary injunction.

1

*McFarland*, 472 F. Supp. 3d 779, 783 (E.D. Cal. 2020) (cleaned up).  Accordingly, the court incorporates the analysis made in its prior order granting petitioner's motion for temporary restraining order (Doc. No. 12) in its entirety herein and will grant petitioner's motion for preliminary injunction in part.

For the reasons above,

1. Petitioner's motion for a preliminary injunction (Doc. No. 3) is GRANTED in part as follows:

    a. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge;

    b. Petitioner's request for a preliminary injunction enjoining respondents from removing petitioner is DENIED without prejudice to a renewed and properly supported motion for temporary restraining order; and

2. No bond shall be required to be posted by petitioner pursuant to Rule 65(c) of the Federal Rules of Civil Procedure;

3. This preliminary injunction is effective immediately and shall remain in full force and effect through the date on which judgment, if any, is entered in this case; and

4. This action is REFERRED to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE