UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA SIHUIL-PEREZ DE PEREZ,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | No.  1:25-cv-01540-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 22) |

Petitioner Aura Sihuil-Perez De Perez is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 22.)  Specifically, the assigned magistrate judge found that, based on the same reasoning set forth in the undersigned's prior orders granting petitioner's motions for temporary restraining order and for preliminary injunction (Doc. Nos. 12, 20), the petition for habeas relief should be granted.  (Doc. No. 22 at 2–4.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days

/////

1

after service. (*Id.* at 4.) To date, respondents have not filed any objections and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1.    The findings and recommendations issued on March 23, 2026 (Doc. No. 22) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.    Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the government will bear the burden to demonstrate petitioner is a danger to the community or flight risk by clear and convincing evidence; and

3.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                    _Dale A. Drozd_
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE